# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Kohler,<br><br>    Plaintiff,<br><br>    v.<br><br>Thrifty Payless, Inc. dba Rite Aid #05712, et al.,<br><br>    Defendants. | Case No. 5:14-cv-00933-MMM-SP<br><br>**[~~Proposed~~] Order re: Joint Stipulation for Dismissal** |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Chris Kohler and defendant Thrifty Payless Inc. dba Rite Aid #05712,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety as to all parties.

Dated:  August 26, 2014

*Margaret M. Morrow*
United States District Judge

Order re: Joint Stipulation for Dismissal              *Kohler v. Thrifty Payless, Inc., et al.*
                                                       Case No. 5:14-cv-00933-RGK-RZ